IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN GRANT, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-78-D |
| ) | |
| SHELTER MUTUAL INSURANCE COMPANY, ) | |
| a foreign insurance company doing business in ) | |
| Oklahoma, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REMAND

Pursuant to the stipulation filed herein on October 7, 2013 [Doc. No. 16], the parties have stipulated that the amount in controversy in this action is less than $75,000.00 exclusive of interest and costs and, as a result, this Court lacks subject matter jurisdiction based on 28 U. S. C. § 1332. The parties also jointly move the Court to remand this case to the District Court of Payne County, Oklahoma.

As set forth in the stipulation, this action was originally filed in the District Court of Payne County, and was removed to this Court on the basis that subject matter jurisdiction could be exercised because there was diversity of citizenship among the parties and the amount in controversy exceeded the jurisdictional amount required by § 1332. The parties' stipulation advises that they have now determined the amount is less than the jurisdictional amount, and they jointly request remand.

The parties' stipulation establishes that the Court no longer has subject matter jurisdiction over this action. Where the Court determines, after removal, that it lacks subject matter jurisdiction over the action, "the case shall be remanded." 28 U. S. C. § 1447(c).

In accordance with the parties' stipulation, the Court concludes that it lacks subject matter

jurisdiction over this action. Accordingly, their request to remand the action is GRANTED. The Court Clerk is directed to take all necessary actions required to remand this case to the District Court of Payne County, Oklahoma.

    IT IS SO ORDERED this 9th day of October, 2013.

                                                TIMOTHY D. DeGIUSTI
                                                UNITED STATES DISTRICT JUDGE